IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. 3:11-00081 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| REYNALDO GARCIA-ARAGUS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A hearing in this action is set for **Friday, October 19, 2012, at 2:30 p.m.** to allow the Defendant to re-sign his plea petition and plea agreement.

It is so **ORDERED**.

ENTERED this the 17th day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court